**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 3:05cr131/MCR

BRAXTON HAROLD YATES, III

_____/

**O R D E R**

Defendant has moved for release pending appeal pursuant to 18 U.S.C. §3143(b). The Government does not oppose. In this case, Defendant argues that should he prevail on appeal, the remedy to which he would be entitled would be a sentence of not greater than six months imprisonment, and thus he satisfies the requirements of 18 U.S.C. §3143(b)(B)(iv).[1] Upon review of the motion and applicable law, the court concludes as follows:

1.  Defendant does not pose a risk of flight or danger to the community if released (applying clear and convincing standard); and

2.  Defendant's appeal is not for purposes of delay and raises a substantial question of law likely to result in a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

The statute provides, however, that in circumstances present under §3143(b)(B)(iv) the "judicial officer shall order the detention terminated at the expiration of the likely reduced sentence." 18 U.S.C. 3143(b)(B)(iv).

---

[1] Defendant's appeal raises a question concerning this court's subject matter jurisdiction over Defendant's felony DUI charge.

Accordingly, Defendant's motion is GRANTED and he is ordered released on December 19, 2006, which is six months from the date execution of his sentence began, unless during the interim the Eleventh Circuit enters its ruling on Defendant's appeal, in which event the Eleventh Circuit's order will control.[2]

**DONE AND ORDERED** this 25th day of September, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[2] Should Defendant prevail on appeal, based on Defendant's criminal history, most notably his prior DUI convictions, he is certain to receive a misdemeanor sentence of six months.