**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 3:05cr131/MCR

BRAXTON HAROLD YATES, III

_____/

**O R D E R**

This court granted Defendant's unopposed motion for release pending appeal pursuant to 18 U.S.C. §3143(b) by Order dated September 25, 2006, directing a release date of December 19, 2006.  Defendant now requests modification of that order to account for the four (4) days of jail credit administratively awarded by the Bureau of Prisons.  The Government does not oppose.

Accordingly, Defendant's motion is GRANTED and he is ordered released on December 15, 2006, or that date which is six months from the date execution of his sentence began less any jail or time served credits due, whichever comes first, unless during the interim the Eleventh Circuit enters its ruling on Defendant's appeal, in which event the Eleventh Circuit's order will control.[1]

**DONE AND ORDERED** this 6th day of November, 2006.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

---

[1] Should Defendant prevail on appeal, based on Defendant's criminal history, most notably his prior DUI convictions, he is certain to receive a misdemeanor sentence of six months.